**Dismissed and Memorandum Opinion filed December 15, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00861-CV

## TERRI NGUYEN, Appellant

### V.

## SERGIO ANDRES MONTOYA, Appellee

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-36524**

## M E M O R A N D U M   O P I N I O N

The notice of appeal in this case was filed August 17, 2015. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On November 9, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and

provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Donovan and Brown.